STEWART WEINBERG
DAVID A. ROSENFELD
WILLIAM A. SOKOL
VINCENT A. HARRINGTON, JR.
W. DANIEL BOONE
BLYTHE MICKELSON
BARRY E. HINKLE
JAMES RUTKOWSKI •
SANDRA RAE BENSON
CHRISTIAN L. RAISNER
JAMES J. WESSER
THEODORE FRANKLIN
ANTONIO RUIZ
MATTHEW J. GAUGER
ASHLEY K. IKEDA ••
LINDA BALDWIN JONES
PATRICIA A. DAVIS
ALAN G. CROWLEY
M. SUZANNE MURPHY
J. FELIX DE LA TORRE
KRISTINA L. HILLMAN •••
ANDREA LAIACONA

EMILY P. RICH
LORI K. AQUINO ••
ANNE I. YEN
NICOLE M. PHILLIPS
BROOKE D. PIERMAN •••
JOYE BLANSCETT•••
BRUCE A. HARLAND
CONCEPCIÓN E. LOZANO-BATISTA
CAREN P. SENCER
LINELLE S. MOGADO
MANJARI CHAWLA
_____

PATRICIA M. GATES, Of Counsel
PENELOPE S. PAHL Of Counsel
ROBERTA D. PERKINS, Of Counsel
JOHN PLOTZ, Of Counsel
_____

• Also admitted in Arizona
•• Admitted in Hawaii
••• Also admitted in Nevada

# WEINBERG, ROGER & ROSENFELD

A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX  510.337.1023

May 19, 2006

*Via E-Filing*

Honorable Phyllis J. Hamilton
450 Golden Gate Ave.
Courtroom 3, 17th Floor
San Francisco, CA 94102

Re:   *Ken Walters, et al. v. Kingsborough Atlas Tree Surgery, Inc.*
       UCDC Case No. C06-00694 PJH

Dear Judge Hamilton:

The purpose of this letter is to apprise the Court of the Plaintiffs' next steps with respect to the above-referenced case.  If Defendant does not file an answer with the Court by June 1, 2006, Plaintiffs will file a request for entry default against Defendant.  In light of the foregoing, Plaintiffs hereby request that the Court continue the Case Management Conference from May 25, 2006 to July 27, 2006.

If you have any questions, please contact me at the above number.

                                        Sincerely,

                                        /s/ *Linda Baldwin Jones*

                                        Linda Baldwin Jones

LBJ/jys
opeiu 3 afl-cio(1)

108507/421841

May 22, 2006

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

PASADENA OFFICE
301 North Lake Avenue, Suite 310
Pasadena, CA  91101-5122
TEL  626.795.8232 FAX  626.795.8686

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA  95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
1099 Alakea Street, Suite 1602
Honolulu, HI  96813-4500
TEL  808.528.8880 FAX 808.528.8881

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On May 19, 2006, I served upon the following parties in this action:

Kingsborough Atlas Tree Surgery
1544 Ludwig Avenue
Santa Rosa, CA  95407

copies of the document(s) described as:

**Letter to the Court Dated May 19, 2006**

[X]  **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]  **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]  **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]  **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on May 19, 2006.

/s/ Joanna Son
Joanna Son

108507/420552

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001